JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

GARNIK SAROYAN,

               Petitioner,

               v.

IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

               Respondents.

Case No. 2:26-cv-01890-DSF (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Board of Immigration Appeal's February 18, 2026 Decision is vacated and Petitioner shall remain released from custody on the conditions previously ordered by the Immigration Judge on September 9, 2022. Redetention is prohibited absent a determination by the immigration judge that Petitioner has violated the terms of his release or his removal order has become final.

Dated: April 29, 2026

                          _____
                          DALE S. FISCHER
                          United States District Judge

1